FILED
DEC 0 9 2010
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 10-CR-03840-GT |
|---|---|---|
| Plaintiff, | ) | |
| | ) | [~~PROPOSED~~] ORDER GRANTING UNITED STATES' MOTION TO DISMISS THE INFORMATION WITHOUT PREJUDICE |
| v. | ) | |
| TOMAS ORTEGA-CRUZ, | ) | |
| Defendant. | ) | |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the information against Defendant Tomas Ortega-Cruz be dismissed without prejudice.

DATED: December 9, 2010

_____
HONORABLE GORDON THOMPSON, JR.
UNITED STATES DISTRICT JUDGE